**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77   **Title** X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.1.193.11 | 10/01/2012 09:14 | Chicago | IL | Comcast Cable | BitTorrent |
| 2 | 24.1.245.244 | 10/10/2012 16:06 | Chicago | IL | Comcast Cable | BitTorrent |
| 3 | 24.13.249.178 | 09/22/2012 20:14 | Yorkville | IL | Comcast Cable | BitTorrent |
| 4 | 24.13.40.170 | 09/24/2012 04:37 | Mount Prospect | IL | Comcast Cable | BitTorrent |
| 5 | 24.13.72.102 | 10/12/2012 18:55 | Park Ridge | IL | Comcast Cable | BitTorrent |
| 6 | 24.15.122.23 | 08/30/2012 00:37 | Romeoville | IL | Comcast Cable | BitTorrent |
| 7 | 24.15.222.180 | 08/20/2012 11:16 | Chicago | IL | Comcast Cable | BitTorrent |
| 8 | 24.15.245.4 | 10/22/2012 02:30 | Elk Grove Village | IL | Comcast Cable | BitTorrent |
| 9 | 50.129.244.200 | 09/13/2012 02:29 | Creston | IL | Comcast Cable | BitTorrent |
| 10 | 50.140.136.21 | 10/02/2012 05:01 | Elmwood Park | IL | Comcast Cable | BitTorrent |
| 11 | 67.167.4.135 | 08/21/2012 14:51 | Chicago | IL | Comcast Cable | BitTorrent |
| 12 | 67.167.91.135 | 09/21/2012 16:21 | Carol Stream | IL | Comcast Cable | BitTorrent |
| 13 | 67.173.124.81 | 09/11/2012 16:09 | Mchenry | IL | Comcast Cable | BitTorrent |
| 14 | 67.173.85.146 | 09/09/2012 02:09 | Palatine | IL | Comcast Cable | BitTorrent |
| 15 | 67.175.225.145 | 09/08/2012 01:06 | Elmwood Park | IL | Comcast Cable | BitTorrent |
| 16 | 67.184.155.104 | 09/03/2012 11:26 | Algonquin | IL | Comcast Cable | BitTorrent |
| 17 | 67.186.66.168 | 10/17/2012 03:47 | Libertyville | IL | Comcast Cable | BitTorrent |
| 18 | 67.186.79.229 | 08/18/2012 07:14 | Chicago | IL | Comcast Cable | BitTorrent |
| 19 | 71.194.29.73 | 10/18/2012 02:24 | Addison | IL | Comcast Cable | BitTorrent |
| 20 | 71.201.125.68 | 09/01/2012 16:58 | Buffalo Grove | IL | Comcast Cable | BitTorrent |
| 21 | 71.239.110.236 | 09/12/2012 01:59 | Orland Park | IL | Comcast Cable | BitTorrent |
| 22 | 76.29.59.70 | 10/11/2012 11:20 | Palatine | IL | Comcast Cable | BitTorrent |

EXHIBIT A

NIL24

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 76.29.66.127 | 10/05/2012 06:36 | Cicero | IL | Comcast Cable | BitTorrent |
| 24 | 98.193.105.107 | 09/11/2012 05:38 | Round Lake | IL | Comcast Cable | BitTorrent |
| 25 | 98.206.216.176 | 10/12/2012 04:57 | Chicago | IL | Comcast Cable | BitTorrent |
| 26 | 98.212.177.20 | 08/27/2012 13:15 | Zion | IL | Comcast Cable | BitTorrent |
| 27 | 98.227.154.183 | 10/01/2012 20:01 | Chicago | IL | Comcast Cable | BitTorrent |
| 28 | 98.228.235.238 | 09/03/2012 18:37 | Arlington Heights | IL | Comcast Cable | BitTorrent |
| 29 | 205.178.12.134 | 10/21/2012 16:10 | Chicago | IL | RCN Corporation | BitTorrent |
| 30 | 205.178.120.88 | 09/23/2012 18:31 | Chicago | IL | RCN Corporation | BitTorrent |
| 31 | 216.80.114.141 | 10/05/2012 23:20 | Chicago | IL | RCN Corporation | BitTorrent |
| 32 | 69.47.173.210 | 10/22/2012 00:49 | Streamwood | IL | WideOpenWest | BitTorrent |
| 33 | 74.199.45.244 | 08/25/2012 03:02 | Rolling Meadows | IL | WideOpenWest | BitTorrent |

EXHIBIT A

NIL24