# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                            Plaintiff,

v.                                                  Case No.: 1:12–cv–08940
                                                      Honorable Thomas M. Durkin

John Does 1 – 33

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2013:

      MINUTE entry before Honorable Thomas M. Durkin:Motion to clarify order[11] is granted. Motion hearing held on 1/31/2013. Plaintiff is granted leave to subpoena Comcast to obtain the identity of John Doe 1. The order to amend the complaint is vacated. Status hearing set for 3/20/2013 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.