IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cv-08940 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1- 33, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Patrick Collins, Inc., moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case originally against thirty three (9) John Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2. On January 31, 2013, Plaintiff was granted leave to serve a third party subpoena to obtain the identifying information for John Doe 1 only [Dkt. 15].

3. On February 1, 2013, Plaintiff served Comcast Cable with a third party subpoena demanding that they provide Doe 1's identifying information. The response date for this subpoena was March 18, 2013.

4. On April 3, 2013, Plaintiff agreed to extend Comcast's subpoena response date until May 8, 2013. To date, Plaintiff has not received a response from Comcast.

1

5.      Pursuant to Rule 4(m), Plaintiff was required to effectuate service on the Defendants by March 7, 2013. As does not yet know the Defendant's true identity, it was unable to properly complete service on them in accordance with Rule 4(m).

6.      Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on the Defendant be extended an additional (30) days after it expects to receive the Defendant's identifying information, or June 7, 2013.

WHEREFORE, Plaintiff respectfully requests that the time within it must serve the Defendant with a summons and Complaint be extended until June 7, 2013.

Dated: April 19, 2013

Respectfully submitted,

SCHULZ LAW, P.C.

By:     /s/ *Mary K. Schulz*
        Mary K. Schulz, Esq.
        1144 E. State Street, Suite A260
        Geneva, Il 60134
        Tel: (224) 535-9510
        Fax: (224) 535-9501
        Email: schulzlaw@me.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *Mary K. Schulz*