# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                              Plaintiff,

v.                                            Case No.: 1:12–cv–08940
                                                 Honorable Thomas M. Durkin

John Does 1 – 33

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2013:

       MINUTE entry before Honorable Thomas M. Durkin:Motion for extension of time to serve defendant under Rule 4(m) [17] is granted to and including 6/7/13. Status hearing reset for 6/27/2013 at 09:00 AM. No appearance required on 4/29/13. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.